**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MasAti Sajady, *formerly known as Masood Sajady*, | Civ. No. 26-2967 (JWB/JFD) |
| Plaintiff, | |
| v. | |
| Marco Rubio, *in his official capacity as United States Secretary of State*; and Robert F. Kennedy, Jr., *in his official capacity as United States Secretary of Health and Human Services*, | **ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Defendants. | |

Plaintiff has filed a Renewed Motion for Temporary Restraining Order and Motion for Expedited Discovery. (Doc. No. 5.) For the same reasons provided in the Order dated June 18, 2026, and for the additional reasons stated below, Plaintiff's Renewed Motion for Temporary Restraining Order (Doc. No. 5) is denied.

While Plaintiff has identified some upcoming travel (some of which appears business related), Plaintiff has not shown why ordinary litigation procedures are inadequate to address the alleged harm.

In addition, Plaintiff again has not shown why he is likely to succeed in this matter. It appears that Plaintiff's passport was confiscated pursuant to Minnesota law relating to child support arrearages. As it stands, there are serious concerns that this federal court does not have jurisdiction over this matter, and that other defenses may apply to any constitutional claim. *See Olson v. Kambiri*, No. 13-1777 (DWF/LIB), 2014

WL 2858164, at *6–8 (D. Minn. June 18, 2014) (finding no jurisdiction based on the *Rooker-Feldman* doctrine); *see also Risenhoover v. Wash. Cnty. Cmty. Servs.*, 545 F. Supp. 2d 885, 891–92 (D. Minn. 2007) (stating that where a county has certified that a person owes more than $2,500.00 in past due child support, "the availability of a post-certification administrative complaint procedure provides Petitioner with adequate due process"). The jurisdictional concerns must be addressed first.

Plaintiff's Motion for Expedited Discovery (Doc. No. 5) is also **DENIED** as premature. Before any discovery would be allowed in this case, Defendants would need to be served and allowed an opportunity to respond to the Complaint. And again, the jurisdictional concerns must be addressed.

### ORDER

For these reasons, **IT IS HEREBY ORDERED** that Plaintiff's Renewed Motion for Temporary Restraining Order and Motion for Expedited Discovery (Doc. No. 5) is **DENIED**.

Date: June 25, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2